IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                               No. 4:09CR00285-02 JLH

DIANE SMITH                                                                 DEFENDANT

### ORDER

The government's motion to dismiss the indictment against defendant Diane Smith is GRANTED. Document #37. The indictment against defendant Diane Smith is hereby dismissed without prejudice.

IT IS SO ORDERED this 6th day of December, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE